1  Thomas Gallagher (SBN 246856)
      tom@tomgallagherlaw.com
2  Troy Krich (SBN 262566)
      troy@tomgallagherlaw.com
3  **GALLAGHER KRICH, APC**
   3033 Fifth Ave, Suite 222
4  San Diego, CA 92103
   Tel: (858) 926-5797/Fax: (858) 435-4369
5  *Attorneys for Plaintiff and Counter-Defendants*

6  Filemon Carrillo, State Bar No. 314220
      fcarrillo@mortensontaggart.com
7  Shan Han Ruo Wen, State Bar No. 359498
      swen@mortensontaggart.com
8  **MORTENSON TAGGART ADAMS LLP**
   300 Spectrum Center Drive, Suite 1200
9  Irvine, California 92618
   Telephone: (949) 774-2224
10 Facsimile: (949) 774-2545
   *Attorneys for Defendants and Counter-*
11 *Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAK BOBA FRANCHISING LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>102 BOBA LLC, a Minnesota Limited Liability Company, Nhi Tran, an individual, PHI XUAN NGUYEN, an individual, and PN BOBA, LLC,<br><br>Defendants. | CASE NO. 5:24-cv-01760-WLH-SP<br>Honorable Wesley L. Hsu<br><br>**JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| 102 BOBA LLC, a Minnesota Limited Liability Company, and Nhi Tran, an individual,<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>KRAK BOBA FRANCHISING LLC, a California Limited Liability Company, TIN DO, an individual, and CLIFF R. NONNENMACHER, an individual,<br><br>Counter-Defendants. | |

Plaintiffs and Counter-Defendants, on the one hand, and Defendants and Counterclaimants, on the other hand (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, a confidential settlement agreement resolving all claims and counterclaims between the Parties was executed on April 17, 2025;

WHEREAS, the Parties desire to dismiss all claims and counterclaims asserted in this action with prejudice;

WHEREAS, each Party shall bear its own attorneys' fees and costs;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c), that all claims and counterclaims in the above-captioned action are dismissed with prejudice.

IT IS SO STIPULATED.

DATED: June 18, 2025          GALLAGHER KRICH APC

By: _____/s/ Troy Krich_____
Troy Krich
Attorneys for Plaintiff and Counter-Defendants

DATED: June 18, 2025          MORTENSON TAGGART ADAMS LLP

By: _____/s/ Phil Carrillo_____
Filemon Carrillo
Shan Han Ruo Wen
Attorneys for Defendants and Counter-Plaintiffs

1  Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed,
2  and on whose behalf this filing is submitted, concur in the filing's content and have
3  authorized the filing and use of their signature.

4  DATED: June 18, 2025           GALLAGHER KRICH APC

By: _____/s/ Troy Krich_____
Troy Krich
Attorneys for Plaintiff and Counter-Defendants