1

2

3

4

5

6

7

8

9    **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA**

11

12   KRAK BOBA FRANCHISING LLC, a          CASE NO. 5:24-cv-01760-WLH-SP
     California Limited Liability Company,

13          Plaintiff,

14       vs.                                **ORDER GRANTING DISMISSAL
                                             OF ALL CLAIMS WITH
                                             PREJUDICE [57]**
15   102 BOBA LLC, a Minnesota Limited
     Liability Company, Nhi Tran, an
16   individual, PHI XUAN NGUYEN, an
     individual, and PN BOBA, LLC,

17

18          Defendants.

19   102 BOBA LLC, a Minnesota Limited
     Liability Company, and Nhi Tran, an
20   individual,

21          Counter-Plaintiffs,

22       vs.

23   KRAK BOBA FRANCHISING LLC, a
     California Limited Liability Company,
24   TIN DO, an individual, and CLIFF R.
     NONNENMACHER, an individual,

25          Counter-Defendants.

26

27

28

The Court, having reviewed the Parties' Joint Stipulation for Dismissal with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    All claims, causes of action, and counterclaims asserted in the above-captioned action are hereby **dismissed with prejudice**.

2.    Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 25, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE